```
 1 | BENJAMIN WAGNER
   | United States Attorney
 2 | MICHELLE RODRIGUEZ
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2700
```

FILED

JUN 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrant ) SW NO. 12-SW 0220 KJN
) 
) MOTION TO UNSEAL SEARCH
) WARRANT APPLICATION, AFFIDAVIT
) AND ATTACHMENTS
) AND (proposed) ORDER

**ORDER**

The United States' motion to unseal the Search Warrant Application, affidavit, and its attachements in the above captioned matter is GRANTED.

DATED: June 18, 2012

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge